# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CINDY WENGERD, *et al.*, | : | Case No. 3:15-cv-293 |
| Plaintiffs, | : | District Judge Thomas M. Rose |
| vs. | : | Chief Magistrate Judge Sharon L. Ovington |
| SELF-RELIANCE, INC., | : | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #33), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b).  Noting that no objections have been filed and that the time for filing such objections, if any, under Fed. R. Civ. P. 72(b), has expired, this Court hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on October 3, 2016 (Doc. #33) is ADOPTED in full;

2. Defendant's Motion for Judgment on the Pleading (Doc. #16) is DENIED; and

3. The Clerk of Court is directed to file Plaintiffs' Proposed Amended Complaint (Doc. #31-1).

**IT IS SO ORDERED.**

Date:  October 24, 2016

*s/Thomas M. Rose
Thomas M. Rose
United States District Judge