# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **CINDY WENGERD and SARAH WALKER,** | Case No.: 3:15-cv-00293-TMR |
| Plaintiffs, | Judge Thomas M. Rose |
| vs. | |
| **SELF-RELIANCE, INC.,** | |
| Defendant. | |

## ORDER

This matter is before the Court on the Joint Notice of Settlement and Request to Stay Action Pending Court Approval of Settlement. Having considered this matter fully and being otherwise sufficiently advised, Defendant's Motion to Stay is hereby GRANTED. The Parties shall submit a Motion to Approve the Settlement within ninety (90) days of this Order.

It is so ORDERED.

ENTERED this the 3rd day of August, 2017

\*s/Thomas M. Rose
Honorable Thomas M. Rose
United States District Judge

4827-4227-5148, v. 1